THE LANCASTER TRUST COMPANY, Appellant, *v.* HENRY L. SPRAGUE, Respondent.

*Lancaster Trust Co.* v. *Sprague,* 131 App. Div. 901, affirmed.
(Argued June 7, 1910; decided September 27, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 29, 1909, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover upon a certain underwriting agreement.

*Romeyn Berry* and *Frank L. Crocker* for appellant.

*Russel S. Coutant* and *Lansing P. Reed* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.